PROB 12C
(6/16)

Report Date: February 7, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roland Dewayne Sanders    Case Number: 0980 2:20CR00099-MKD-2

Address of Offender: ███████████████    Spokane Valley, Washington 99016

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: August 10, 2021

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)I); 846 | |
| Original Sentence: | Prison - 41 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison Gregoire | Date Supervision Commenced: May 24, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 23, 2029 |

## PETITIONING THE COURT

To issue a warrant.

On May 24, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Sanders, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about January 21, 2025, Roland Sanders allegedly violated special condition number 4 by consuming fentanyl. |
| | On January 21, 2025, the offender reported to the U.S. Probation Office (USPO) to check-in, as he believed he was required to; it should be noted that this officer had actually instructed Mr. Sanders to check-in via phone call, but he reported to the office instead. |
| | On that date, the individual under supervision was subject to random urinalysis testing, and provided a urine sample that was presumptive positive for fentanyl. Mr. Sanders denied any illicit drug use to the officer who collected that urine sample, and signed a denial of use form. The sample was subsequently sent to the laboratory for additional testing. |

Prob12C
**Re: Sanders, Roland Dewayne**
**February 7, 2025**
**Page 2**

      This officer later spoke with the offender and he again insisted that he had not consumed fentanyl, or any other controlled substance. The undersigned explained that the laboratory results would be available in approximately 10 days, then this officer would contact him to discuss the results.

      On January 27, 2025, the laboratory confirmed that the urine sample provided by Mr. Sanders on January 21, 2025, was in fact positive for Norfentanyl.

      On February 6, 2025, the undersigned officer attempted to contact the offender to discuss the laboratory results, but all of the telephone numbers he had provided this officer were no longer in service.

2      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

      **Supporting Evidence**: On February 5, 2025, Roland Sanders allegedly violated mandatory condition number 1 by being charged with distribution of fentanyl in U.S. District Court in the Eastern District of Washington.

      According to the federal indictment in case 2:25CR00015-MKD-1, dated February 5, 2025, the offender is alleged to have committed one count of Distribution of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and two counts of Distribution of 40 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1).

3      **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

      **Supporting Evidence**: On or about October 30, 2024, Roland Sanders allegedly violated mandatory condition number 2 by possessing a mixture or substance containing fentanyl, which he subsequently distributed.

      According to the federal indictment in case 2:25CR00015-MKD-1, dated February 5, 2025, the offender possessed a mixture or substance containing fentanyl on or about October 30, 2024, which he later distributed.

4      **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

      **Supporting Evidence**: On or about November 19, 2024, Roland Sanders allegedly violated mandatory condition number 2 by possessing a mixture or substance containing fentanyl, which he subsequently distributed.

      According to the federal indictment in case 2:25CR00015-MKD-1, dated February 5, 2025, the offender possessed 40 grams or more of a mixture or substance containing fentanyl on or about November 19, 2024, which he later distributed.

5      **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

Prob12C
**Re: Sanders, Roland Dewayne**
**February 7, 2025**
**Page 3**

**Supporting Evidence**: On or about December 12, 2024, Roland Sanders allegedly violated mandatory condition number 2 by possessing a mixture or substance containing fentanyl, which he subsequently distributed.

According to the federal indictment in case number 2:25CR00015-MKD-1, dated February 5, 2025, the offender possessed 40 grams or more of a mixture or substance containing fentanyl on or about December 12, 2024, which he later distributed.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/07/2025

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M.K. Dimke

Signature of Judicial Officer
2/7/2025

Date